No. 57911.—Ben S. Armstrong et al. v. United States, protests 194336–K, etc. (Seattle).

Opinion by Rao, J. In accordance with stipulation of counsel that the items of the merchandise marked "A," parts of internal-combustion engines, imported separately, or marked "B," internal-combustion engines, imported with power saws, are the same in all material respects as the articles involved in Geo. S. Bush & Co., Inc. v. United States (41 C. C. P. A. 33, C. A. D. 525), the claim of the plaintiffs was sustained. Further, in accordance with said stipulation, it was held that the value of said items marked "A" is the appraised value and that the value of said items marked "B" is the percentage of the appraised value of said power saws, as noted in green ink on the invoices by the examiners.

No. 57912.—Freund Mayer & Co., Inc., and H. W. Robinson & Co., Inc. v. United States, protests 208718–K, 210049–K, and 211515–K (New York).

Opinion by Rao, J. Paper napkins stipulated to be similar in all material respects to the merchandise the subject of Freund Mayer & Co., Inc. v. United States (39 C. C. P. A. 123, C. A. D. 474) were held dutiable at 15 percent under the provision in paragraph 1413, as modified by T. D. 51802, for paper, embossed, cut, die-cut, or stamped into shapes. Other items of the merchandise stipulated to consist of manufactures of paper wadding or manufactures of pulp wadding the same as importations which are currently being classified as manufactures of paper wadding or pulp wadding, pursuant to the provision therefor in paragraph 1404, as modified, supra, were held dutiable under said paragraph at 6 cents per pound and 7½ percent ad valorem.